**Leo Blas**
24245 Temple Dr.
Chugiak, AK 99567
Telephone: 907-350-5369
Email: leoblas@gmail.com



SEP 16 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **LEO BLAS** | Case: 3:24-CV-00183-SLG |
| Defendant | NOTICE |
| V | **Article III Core issues of Deprivation of Life Liberty and Property requires Competent Court and Seventh Amend. Jury Trial and Fifth Amend. Due Process** |
| **BANK OF AMERICA** | |
| Unverified Plaintiff | |

## <u>NOTICE TO COURT</u>

**The 1/16/2024 Bankruptcy Court order lifting stay for Bank of America mentioned by attorney Shannon K Calt is currently under appeal** in this very court and is not a final order, therefore the automatic stay is still in effect and therefore the plaintiff filing for foreclosure is immature.

Respectfully,

Leo Blas

Dated: 9/16/2024