TIMOTHY R. POMEROY, ASB # 2405059
SHANNON CALT, ASB # 1212137
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (858) 750-7669
tpomeroy@aldridgepite.com
scalt@aldridgepite.com

Attorneys for Plaintiff Bank of America, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>LIOR BLAS; LIOR BLAS, TRUSTEE; AND ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 24245 TEMPLE DR, CHUGIAK, AK 99567,<br><br>Defendants. | Case No. 3:24-cv-00183<br><br>**PLAINTIFF'S REQUEST FOR RULING**<br><br>Complaint Filed: August 21, 2024<br>Trial Date: September 18, 2025 |

On March 9, 2026, the Court indicated that supplemental briefing and a proposed judgment was due within fourteen and twenty-one days respectively. [Dkt. 177.] Plaintiff Bank of America, N.A. ("BANA") timely submitted its Supplemental Memorandum re: Timeliness of the Action Under A.S. §09.10.053 (Dkt. 178) as well as BANA's Motion for Attorneys' Fees and Judgment (Dkt. 180).

Defendant Lior "Leo" Blas ("Mr. Blas") has opposed each filing multiple times.[1] In each filing, Defendant continues to reiterate his various positions on standing and his belief in an alleged lack of injury from his thirteen, now fourteen-year non-payment of his mortgage. Importantly, Mr. Blas suggests that Plaintiff has not complied with the Court's post-trial rulings regarding submission of evidence of attorney's fees and BANA's briefing on compliance with the three-year statute of limitations despite the filings on this docket. To be clear, there is very limited utility in additional briefing on these unless and until this Court rules.

While Plaintiff has timely replied (Dkt. 181) in support of its Motions, this Court has neither issued a minute order nor entered a Judgment or fee award on BANA's Motion. BANA continues to await this Court's decision.

*Respectfully Submitted*,

ALDRIDGE PITE, LLP.

Dated: September 25, 2026

By: /s/ Timothy R. Pomeroy
Timothy R. Pomeroy, ASB # 2405059
(858) 750-7600
(858) 750-7669 (facsimile)
tpomeroy@aldridgepite.com

Of Attorneys for Plaintiff

[1] Mr. Blas has filed an Opposition to Plaintiff's Brief on Timeliness (Dkt. 179); an Opposition to BANA's Motion for Fees and Judgment (Dkt. 182); a Sur Reply (Dkt 183) which appears to have been granted (Dkt. 188); a supplemental Opposition on Fees and Judgment (Dkt. 184); a ***third*** Opposition to BANA's Fees and Judgment (Dkt. 185); a Motion for 'Adverse Inference' to BANA's Motion for Fees and Judgment (Dkt. 186); and a 'Notice of Supplemental Authorities' in Opposition to BANA's Motions (Dkt 187).

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 3707 East Southern Avenue, Mesa, Arizona 85206.

I hereby certify that on September 25, 2026, I electronically transmitted:

**PLAINTIFF'S REQUEST FOR RULING**

to the Clerk's Office using the CM/ECF System for filing.

I further certify that on September 25, 2026, I served the above-described documents by U.S. Mail and email on the following, who is not a registered participant of the CM/ECF System:

Leo Blas
24245 Temple Dr.
Chugiak, AK 99567
leoblas@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of September, 2025, at Mesa, Arizona.

/s/ Chelsea McClintock
Chelsea McClintock